FILED

United States District Court
For the Middle District of Florida

2009 SEP 23 PM 3:34

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

SAFECO INSURANCE COMPANY OF AMERICA

Plaintiff,

v.                                  Civil Action No.:

3:09-mc-25-J-25MCR

CLAUDE EVINS A/K/A CLAUDE EVANS

Defendant.

## MOTION TO COMPEL

COMES NOW Safeco Insurance Company of America (hereinafter "plaintiff"), plaintiff in the above-styled cause, and hereby files its Motion to Compel. As grounds therefore, plaintiff represents unto the Court as follows:

1. On June 17, 2009, plaintiff issued a Subpoena to Vincent Business Services. A copy of the Subpoena and Proof of Service by certified mail on June 19, 2009, are attached hereto as Exhibit 1.

2. On September 1, 2009, counsel for plaintiff's paralegal wrote to Vincent Business Services requesting that it respond to the Subpoena. A copy of the September 1, 2009, letter is attached hereto as Exhibit 2.

3. On September 9, 2009, counsel for plaintiff's paralegal again wrote to Vincent Business Services requesting that it respond to the Subpoena. A copy of the September 9, 2009, letter is attached hereto as Exhibit 3.

4. In addition, on September 3, 2009, and again on September 10, 2009, counsel for plaintiff spoke with Roland Williams of Vincent's Business Services requesting a response to the subpoena.

5. Moreover, three voice messages were left on Vincent's Business Services voice mail system on September 1, 2009; two messages were left on September 2, 2009; one message was left on September 3, 2009; counsel for defendant's paralegal spoke with Sophanna at Vincent's on September 3, 2009; and another voice message was left on September 9, 2009.

3. In spite of numerous messages and correspondence to Vincent's Business Systems, plaintiff has not received response to the Subpoena.

WHEREFORE, PREMISES CONSIDERED, the plaintiff respectfully requests this Honorable Court to enter an Order compelling Vincent Business Services to respond to the Subpoena.

Respectfully submitted,

Lynn Hare Phillips
Ms. Bar ID: 99898
Attorney for Plaintiff
Safeco Insurance Company of America

OF COUNSEL:
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
Telephone: (205) 322-3040
Facsimile: (205) 322-5577
Email: hare@harelaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2009, I filed the foregoing with the Clerk of Court, and served the defendant by placing a copy of same in the United States Mail, properly addressed and postage affixed, this the 23rd day of September, 2009, as follows:

Charles W. Wright, Jr.
Charles W. Wright, Jr., PLLC
1208 22nd Avenue
Post Office Box 1677
Meridian, Mississippi 39302

Vincent's Business Services
6411-1 Arlington Road
Jacksonville, Florida 32211

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO.: ) 4:08-cv-00106-TSL-LRA ) |
| CLAUDE EVINS a/k/a CLAUDE EVANS, | ) ) ) ) |
| Defendant. | ) |

## PROOF OF SERVICE

COMES NOW the Defendant Safeco Insurance Company of America, by and through counsel, and files this Proof of Service, evidencing that a Subpoena was served on the following:

1. Vincent Business Services
   c/o Ronald Williams
   6411-1 Arlington Road
   Jacksonville, Florida 32211

who are not parties to this matter, and proofs of service are attached hereto as Exhibit "A".

Respectfully submitted,

/s/Lynn Hare Phillips
Lynn Hare Phillips
Ms. Bar ID: 99898
David M. Ott, Esquire
Attorneys for Plaintiff
Safeco Insurance Company of America

OF COUNSEL:
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
Telephone: (205) 322-3040
Facsimile: (205) 322-5577
Email: hare@harelaw.com

BRYAN NELSON, P.A.
Post Office Box 18108
Hattiesburg, Mississippi 39402
Telephone: (601) 261-4100
Facsimile: (601) 261-4106

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served the defendant by placing a copy of same in the United States Mail, properly addressed and postage affixed, this the 29th day of June, 2009, as follows:

***VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED***
Claude Evins
Post Office Box 2913
Meridian, Mississippi 39302-2913

/s/Lynn Hare Phillips
OF COUNSEL

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Vincent Business Services
Street, Apt. No.; or PO Box No. 6411-1 Arlington Rd
City, State, ZIP+4 Jacksonville Florida 32211

7008 0500 0000 2996 9209

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vincent Business Services
c/o Ronald Williams
6411-1 Arlington Rd.
Jacksonville, FL 32211

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sophea Chz   ☐ Agent ☐ Addressee

B. Received by (Printed Name): Sophanna Chan
C. Date of Delivery: 6-19-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0000 2996 9209

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Exhibit "A"

United States District Court
For the Middle District of Florida

SAFECO INSURANCE COMPANY OF AMERICA
Plaintiff

v.

**SUBPOENA IN A CIVIL CASE**
Case No. CV-03-CO-1525-S
In the Southern District of Mississippi
Eastern Division

CLAUDE EVINS A/K/A CLAUDE EVANS
Defendant

TO:   VINCENT BUSINESS SERVICES
C/O RONALD WILLIAMS
6411-1 ARLINGTON ROAD
JACKSONVILLE, FLORIDA 32211

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| Place of Testimony | Courtroom |
|---|---|
|  | Date and Time |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify in the taking of a deposition in the above case.

| Place of Deposition | Date and Time |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

<u>*See Exhibit A attached hereto.*</u>

| Place Hare, Clement & Duck, Suite 1010 Financial Center 505 20th Street North, Birmingham, Alabama 35235 | Date and Time July 3, 2009 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| Premises | Date and Time |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| *Lynn Hare Phillips* Attorney for Plaintiff | June 17, 2009 |

Issuing Officer's Name, Address and Phone Number
Lynn Hare Phillips, Hare, Clement & Duck, P.C., 505 20th Street North, Suite 1010, Birmingham, Alabama 35203 . (205) 322-3040

(See Rule 45, Federal Rules of Civil Procedures, Parts C & D on Reverse)

AO88 (11/91) Subpoena in a Civil Case

## PROOF OF SERVICE

| Place | Date |
|---|---|
|  |  |

| Served on (Printed Name) | Manner of Service |
|---|---|
|  |  |

| Served by (Printed Name) | Title |
|---|---|
|  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Services is true and Correct.

Executed on _____.

_____
Signature of Server

_____
Address of Server

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUPOENAS
  (1) A party or an attorney responsible for the issuance an service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.
  (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need to not appear in person for deposition, hearing or trial.
  (B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person command to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.
  (3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i) fails to allow reasonable time for compliance;
    (ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv) subjects a person to undue burden.
  (B) If a subpoena

(i) requires disclosure of trade secret or other confidential research, development, or commercial information or,

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## Exhibit A

A copy of any and all documents pertaining in any way to **Claude Evins** or any service provided to **Claude Evins**, including, but not limited to, correspondence, memoranda, letters, notes, reports, payment records, contracts, employment records or any other document that relates, refers or pertains to **Claude Evins.**

## Lynn Hare

| | |
|---|---|
| **From:** | cmecfhelpdesk@mssd.uscourts.gov |
| **Sent:** | Monday, June 29, 2009 4:03 PM |
| **To:** | Courtmail@mssd.uscourts.gov |
| **Subject:** | Activity in Case 4:08-cv-00106-TSL-LRA Safeco Insurance Company of America v. Evins Subpoena Returned |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered by Phillips, Lynn on 6/29/2009 at 4:02 PM CDT and filed on 6/29/2009

**Case Name:**     Safeco Insurance Company of America v. Evins
**Case Number:**    4:08-cv-106
**Filer:**
**Document Number:** 35

**Docket Text:**
**Subpoena Returned Executed as to Vincent Business Services. (Phillips, Lynn)**


4:08-cv-106 Notice has been electronically mailed to:

David M. Ott     dott@brlawfirm.com, lwynn@bnlawfirm.com, mfinn@bnlawfirm.com, mgraham@bnlawfirm.com

Lynn Hare Phillips     hare@harelaw.com, clem@harelaw.com

4:08-cv-106 Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**


6/29/09

[STAMP dcecfStamp_ID=1081288797 [Date=6/29/2009] [FileNumber=1931745-0
] [7b43f67f6e2d1212960c4e39679e80c3121e8024cebf339e5503eab67ffb74639a4e
6d44026cac2ca58fdbae45accc51e99407df6e249a6ebd4b6ef67e12ce10b]]

6/29/09

## HARE, CLEMENT & DUCK, P.C.

A PROFESSIONAL CORPORATION

LAWYERS

| | | |
|---|---|---|
| LYNN HARE PHILLIPS •<br>KORI L. CLEMENT ●<br>T. SAMUEL DUCK ✶<br>------ | 505 20ᵀᴴ STREET NORTH<br>SUITE 1010 FINANCIAL CENTER<br>BIRMINGHAM, ALABAMA 35203<br>TELEPHONE (205) 322-3040<br>FACSIMILE (205) 322-5577<br>EMAIL: HC@HARELAW.COM | OF COUNSEL:<br>STEPHANIE WHITE SCHMIDT•<br>KENNETH A. DOWDY✶<br>•ADMITTED IN MISSISSIPPI AND ALABAMA<br>●ADMITTED IN CALIFORNIA AND ALABAMA<br>✶ADMITTED IN ALABAMA<br>•ADMITTED IN MISSOURI AND ALABAMA |

September 1, 2009

Vincent Business Services
6411-1 Arlington Road
Jacksonville, Florida 32211

    RE:    Safeco Insurance Company of America v. Claude Evins
                Civil Action No.:        4:08-CV-00106-TSL-LRA
                HC&D File No.:                       124-01888

To Whom It May Concern:

    A subpoena was served upon Vincent Business Services on June 19, 2009. We have not yet received a copy of the requested documents. Please provide us with a copy of the requested documents within the next ten (10) days so that we may avoid filing a Motion to Compel with the court.

    Thanking you in advance for your cooperation and assistance, I am

                                    Very truly yours,

                                    HARE, CLEMENT & DUCK, P.C.

                                    **ORIGINAL SIGNED**
                                    Laura B. White
                                    Paralegal

LBW/

## HARE, CLEMENT & DUCK, P.C.
A PROFESSIONAL CORPORATION

LAWYERS

| | | |
|---|---|---|
| LYNN HARE PHILLIPS ▫<br>KORI L. CLEMENT ●<br>T. SAMUEL DUCK *<br>------ | 505 20ᵀᴴ STREET NORTH<br>SUITE 1010 FINANCIAL CENTER<br>BIRMINGHAM, ALABAMA 35203<br>TELEPHONE (205) 322-3040<br>FACSIMILE (205) 322-5577<br>EMAIL: HC@HARELAW.COM | OF COUNSEL:<br>STEPHANIE WHITE SCHMIDT▫<br>KENNETH A. DOWDY*<br>▫ADMITTED IN MISSISSIPPI AND ALABAMA<br>●ADMITTED IN CALIFORNIA AND ALABAMA<br>*ADMITTED IN ALABAMA<br>•ADMITTED IN MISSOURI AND ALABAMA |

September 9, 2009

*Via Advance Facsimile (904) 744-2440*
Vincent Business Services
6411-1 Arlington Road
Jacksonville, Florida 32211

    RE:    Safeco Insurance Company of America v. Claude Evins
               Civil Action No.:          4:08-CV-00106-TSL-LRA
               HC&D File No.:                    124-01888

To Whom It May Concern:

    On September 3, 2009, I spoke with Sophanna in your office regarding the subpoena, which was served upon Vincent Business Services on June 19, 2009. We have not yet received a copy of the requested documents in spite of leaving numerous messages with your office. Please let us know when we might expect to receive the requested documents.

    Thanking you in advance for your cooperation and assistance, I am

                              Very truly yours,

                              HARE, CLEMENT & DUCK, P.C.

                              ORIGINAL SIGNED
                              Laura B. White
                              Paralegal

LBW/