UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAFECO INSURANCE COMPANY OF
AMERICA,

    Plaintiff,

vs.                                        Case No. 3:09-mc-25-J-25MCR

CLAUDE EVINS a/k/a CLAUDE EVANS,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel (Doc. 1) filed September 23, 2009. In the Motion, Plaintiff seeks an Order compelling non-party, Vincent's Business Services, to respond to a subpoena. Vincent's Business Services's response to this motion was due October 13, 2009. To date, no response has been filed.

Accordingly, after due consideration, it is

**ORDERED**:

Vincent's Business Services shall file a response to Plaintiff's Motion to Compel (Doc. 1) no later than **Friday, October 23, 2009**. If Vincent's Business Services fails to file a response by this time, the Court will proceed to rule on the Motion to Compel as though it were unopposed.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  15th   day of October, 2009.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record