UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SAFECO INSURANCE COMPANY
OF AMERICA,

      Plaintiff,

v.                                      Case No.: 3:09-MC-25-J-25MCR

CLAUDE EVINS, A/K/A CLAUDE
EVANS,

      Defendant.

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Safeco Insurance Company of America ("Plaintiff"), hereby gives notice that the parties have resolved this matter. Plaintiff therefore voluntarily dismisses this matter without prejudice, with each party bearing their own fees and costs.

DATED this 19 day of November, 2009.

*/s/ Lynn Hare Phillips*
Lynn Hare Phillips
MS Bar ID: 99898
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
Telephone: (205) 322-3040
Facsimile: (205) 322-5577
hare@harelaw.com
Admitted Pro Hac Vice

and

John P. Marino
Florida Bar No.: 814539
**FOWLER, WHITE, BOGGS, P.A.**
50 North Laura Street, Suite 2800
Jacksonville, Florida 32202
Telephone: (904) 598-3100
Facsimile: (904) 598-3131
Email: jmarino@fowlerwhite.com
Designated Local Counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing with the Clerk of the Court of the United States District Court of the Middle District of Florida, Jacksonville Division, and provided a true and correct copy of the same, via first class, postage-paid U.S. Mail, on this _19_ day of November, 2009, to the following:

Charles W. Wright, Jr., Esq.
Charles W. Wright, Jr., PLLC
1208 22nd Avenue
Post Office Box 1677
Meridian, Mississippi 39302
Counsel for Defendant, Claude Evins

Vincent's Business Services
6411-1 Arlington Road
Jacksonville, Florida 32211

_/s/ Lynn Hare Phillips_
Lynn Hare Phillips
MS Bar ID: 99898
HARE, CLEMENT & DUCK, P.C.
505 20th Street North
Suite 1010, Financial Center
Birmingham, Alabama 35203
Telephone: (205) 322-3040
Facsimile: (205) 322-5577
hare@harelaw.com
Admitted Pro Hac Vice

2